**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LEXICON, INC. d/b/a                                                                                    PLAINTIFF
PROSPECT STEEL COMPANY

v.                                              NO. 4:10CV00010 JLH

W & W STEEL COMPANY;
and W & W STEEL, LLC                                                                              DEFENDANTS

**ORDER**

Lexicon, Inc., has filed a motion for an order extending the deposition time limit. Lexicon states that the deposition of the defendants' Fed. R. Civ. P. 30(b)(6) designee or designees will require longer than one day of seven hours. Rule 30(d)(1) limits the duration of a deposition to one day of seven hours unless otherwise stipulated or ordered by the Court. The defendants responded by stating that they do not object to the motion for an order extending the deposition time limit provided that the deposition is conducted efficiently and not in bad faith nor so as to annoy, embarrass, or unreasonably oppress the deponent or the defendants. The defendants also request that any order apply to the 30(b)(6) deposition which they anticipate scheduling.

For good cause shown and without objection, the motion is granted. Document #33. The depositions of 30(b)(6) designees by the parties in this case may extend longer than one day of seven hours.

In their response, the defendants have requested that the discovery deadline be extended up to and including September 12, 2011, and they state that the plaintiff joins in that request. That request is therefore granted. The discovery deadline is extended up to and including September 12, 2011.

IT IS SO ORDERED this 15th day of June, 2011.

                                                    _____
                                                    J. LEON HOLMES
                                                    UNITED STATES DISTRICT JUDGE