**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LEXICON, INC. d/b/a                                                                                          PLAINTIFF
PROSPECT STEEL COMPANY

v.                                           NO. 4:10CV00010 JLH

W & W STEEL, LLC                                                                                         DEFENDANT

## ORDER

Pursuant to the joint stipulation of facts, W & W Steel, LLC, is the proper defendant herein. The Clerk is directed to remove W & W Steel Company as a defendant in this action. All claims against W & W Steel Company are dismissed without prejudice.

IT IS SO ORDERED this 29th day of August, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE