## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

LEXICON, INC., d/b/a                                                                                          PLAINTIFF
PROSPECT STEEL COMPANY

v.                                          NO. 4:10CV00010 JLH

W & W STEEL, LLC                                                                                              DEFENDANT

### ORDER

W & W Steel, LLC, filed objections to the magistrate's order on September 1, 2011. If Lexicon, Inc., wishes to file a brief in response, it must do so on or before September 15, 2011. A reply, if any, will be due seven days after Lexicon files its responsive brief.

IT IS SO ORDERED this 8th day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE