IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEXICON, INC., d/b/a	PLAINTIFF
PROSPECT STEEL COMPANY

v.	NO. 4:10CV00010 JLH

W & W STEEL, LLC	DEFENDANT

## ORDER OF DISMISSAL

The plaintiff has filed a motion to dismiss its claims with prejudice on the grounds that the parties have settled this case. The defendant has filed a motion to dismiss its counterclaim with prejudice for the same reason. Both motions are granted. Documents #75 and #76. This action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED this 15th day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE